447 A.2d 643

Commonwealth v. Shields, Appellant.
Petition for Allowance of Appeal Denied Sept. 27, 1982.

Submitted May 22, 1981.
Frank R. Riddle, for appellant; William G. Martin, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., MONTGOMERY and VAN der VOORT, JJ.

The judgment of sentence of the lower court is affirmed.